# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | | |
|---|---|---|
| CORNELIOUS D. YOUNG | * | CIVIL ACTION NO.  14-0810<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| DEPUTY REEVES, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that defendants' motion for summary judgment [doc. # 34] is GRANTED, and that plaintiff's claims against defendants, Ray Reeves, John Lewis, Jr., and Jake Laurence/Deputy Lake, plus the Webster Parish Sheriff's Office, Cody Burton, Sammy Holder, Deputy Wills, and other "unknown or unnamed" BDCC deputies, are hereby DISMISSED, with prejudice.  Fed. R. Civ. P. 56.

SHREVEPORT, LOUISIANA, this _____ day of March, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE